UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Stanley R. Chesler |
| v. | Criminal No. 07-143 (SRC) |
| VINCENT YOUNG, et al. | **ORDER REQUIRING ACCOMODATION FOR ATTORNEY TELEPHONE CONFERENCES** |

This matter having been opened to the Court by Gregory E. Tomczak, appointed counsel for Vincent Young, with consent of the United States (Melissa L. Jampol, Asst. U.S. Attorney appearing), and the Court finding good cause for the issuance of this Order, and it is,

**ORDERED** that New Jersey State Prison, Trenton, N.J. be required to provide inmate Vincent Young, SBI No. 000883348B, with telephonic access to his attorney, Gregory E. Tomczak, no later than 11 a.m. Tuesday, August 16, 2011 and at such other times through Tuesday, November 1, 2011 as required by Mr. Tomczak, with two-hour notice to prison officials.

**SO ORDERED**

_____
HON. STANLEY R. CHESLER, U.S.D.J.

Dated: 8/16/2011

| | | |
|---|---|---|
| JOHN T. AMBROSIO<br>GREGORY E. TOMCZAK ±●<br><br>ASSOCIATE:<br><br>MICHAEL J. JURISTA ±● | <br><br>**AMBROSIO & TOMCZAK**<br>*Attorneys at Law*<br>105 Grove Street, Suite 14<br>Montclair, New Jersey 07042<br>T: (973) 746-6655 F: (973) 744-1110<br>www.actlaw.net | OF COUNSEL:<br>JOHN A. ZAZZALI<br><br>± MEMBER OF NY and NJ BAR<br>● CERTIFIED BY THE SUPREME COURT OF<br>N.J. AS A CRIMINAL TRIAL ATTORNEY |

August 11, 2011

**VIA LAWYERS SERVICE**
Honorable Stanley R. Chesler, U.S.D.J.
United States District Court
Post Office and Courthouse Building
50 Walnut Street, PO 8
Newark, New Jersey 07101

    Re:    **U.S. v. Young, et al.**
            **Criminal No. 07-143**

Dear Judge Chesler,

    I am writing to request that the Court enter another Order providing me with telephonic access to my client, Vincent Young. Enclosed is a proposed Order which is being provided with the consent of AUSA, Melissa Jampol.

    Thank you for Your Honor's kind attention to this matter.

                                    Very truly yours,
                                    **AMBROSIO & TOMCZAK**

                                    Gregory E. Tomczak, Esq.

GET/lm
Cc:    AUSA, Melissa Jampol