# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Stanley R. Chesler |
| v. | Criminal No. 07-143 (SRC) |
| VINCENT YOUNG, et al. | **ORDER REQUIRING ACCOMODATION FOR ATTORNEY TELEPHONE CONFERENCES** |

This matter having been opened to the Court by Gregory E. Tomczak, appointed counsel for Vincent Young, with consent of the United States (Melissa L. Jampol, Asst. U.S. Attorney appearing), and the Court finding good cause for the issuance of this Order, and it is,

**ORDERED** that the FDC Philadelphia, Federal Detention Center, located in Philadelphia, Pennsylvania be required to provide inmate Vincent Young, Register No. 99820-555 and SBI No. 000883348B, with telephonic access to his attorney, Gregory E. Tomczak, no later than 11 a.m. Friday, October 14, 2011 and at such other times until the defendant is sentenced by this Court, as required by Mr. Tomczak, with two-hour notice to prison officials.

**SO ORDERED**

_____
HON. STANLEY R. CHESLER, U.S.D.J.

Dated: 10/13/2011